# United States District Court
## District of Maryland

CHAMBERS OF
WILLIAM D. QUARLES, JR.
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
410-962-0946
410-962-0868 (FAX)
MDD_WDQCHAMBERS@MDD.USCOURTS.GOV

July 26, 2005

Honorable Mary M. Lisi
Chair
Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

RE: Calendar Year 2004 Filing

Dear Judge Lisi:

This letter submitted in original and three copies, is in response to your July 14, 2005 letter.

In part V1, lines 1 and 2, the value code column for bank of America credit line and MBNA credit card should be stated as "None."

In Part VII, I note that the Mercantile Bank account was exempt from disclosure in the 2003 report; I amend the 2004 report to place a parenthetical "X" in Column A.

With respect to US Savings Bonds listed in Part VII, I note that the 2003 report was amended by my letter of July 16, 2004 (copy attached) to report the bonds.

Very truly yours,

William D. Quarles, Jr.
Judge

Encl.

| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Quarles, William D | 2. Court or Organization<br><br>US Dist Ct for Dist. MD | 3. Date of Report<br><br>5/11/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Judge (Active) | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ⦿ Annual    ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>310 US Courthouse<br>101 W Lombard St<br>Baltimore, MD 21201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAY 16 38 '05 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Quarles, William D | 5/11/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | US Pretrial Services Agency |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE  - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | credit line | -- |
| 2. | MBNA | credit card | -- |
| 3. | M&T Bank | credit line | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Quarles, William D | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Bank of America | A | Interest | J | T | | | | | |
| 2. MD State Retirement Plan | B | Interest | K | T | | | | | |
| 3. Constellation Energy common stock | A | Dividend | J | T | sell | 01/03 | J | A | |
| 4. Farm land Essex County, VA | | None | J | W | | | | | |
| 5. IRA T Rowe Price Prime Reserve | A | Interest | J | T | | | | | |
| 6. Chesapeake Bank | B | Interest | L | T | | | | | |
| 7. Kopernik Savings and Loan | C | Interest | M | T | | | | | |
| 8. Essex Nat'l Securities Fund | A | Dividend | J | T | | | | | |
| 9. Alliance Bernstien Cap Rsv Fund | A | Dividend | J | T | | | | | |
| 10. Alliance Growth and Inc. Fund | A | Dividend | J | T | | | | | |
| 11. Federated Cap Inc Fund | A | Dividend | J | T | | | | | |
| 12. MFS MD Municip Bond Fund | A | Dividend | J | T | | | | | |
| 13. Dreyfus Premier State Muni Bond Fund MD | A | Dividend | J | T | | | | | |
| 14. IRA Monumental Life | A | Dividend | J | T | | | | | |
| 15. Mercantile Bank account | A | Interest | J | T | | | | | |
| 16. US Savings Bonds | A | Interest | J | T | | | | | |
| 17. Provident Reserve Fund | A | Interest | J | T | | | | | |
| 18. Homewood Federal Svgs Bank account | A | Interest | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Quarles, William D | 5/11/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

Part VII   The Homewood Federal Savings Bank account was inadvertently omitted from the nomination and 2003 reports.  Funds in Vanguard Instit'l Index Fund were rolled over into Thrift Savings Plan in October 2003.  Alliance Berstien Capital Reserve Fund, Alliance Growth and Income Fund, Federated Capital Income Fund, MFS Maryland Municipal Bond Fund, and Dreyfus Premier State Muni Bond Fund were reported in nomination and 2003 disclosure reports as Provident Reserve Fund.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Quarles, William D | 5/11/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _5/11/5_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544